UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No. 4:04-479-TLW |
| vs. | ) | |
| | ) | ORDER |
| Gary Lee Brown, | ) | |
| _____ | ) | |

This matter is before the Court for consideration of whether the defendant is entitled to a reduction in his sentence pursuant to Amendment 706 to the United States Sentencing Guidelines ("U.S.S.G.), effective November 1, 2007, and deemed retroactive March 3, 2008. U.S.S.G. App. C. Amend. 706 (Nov. 1, 2007).

The Court has reviewed the record in this case including the defendant's Pre-sentence Investigation Report and the Sentence Reduction Report, both prepared by the United States Probation Office. Based on this review, the Court has determined that the defendant is not eligible for a reduction in his sentence pursuant to 18 U.S.C. § 3582 for the following reason(s): the defendant's previously imposed sentence of imprisonment of 326 months has already been reduced by this Court to 300 months pursuant to the Amended Crack Guidelines. This is reflected in the Court's August 5, 2010 Order. (Doc. #51). Accordingly, defendant's duplicative request for reduction under 18 U.S.C. 3582 is **DENIED**. (Doc. # 52).

    **IT IS SO ORDERED.**

s/ Terry L. Wooten<br>TERRY L. WOOTEN<br>UNITED STATES DISTRICT JUDGE

March 23, 2011
Florence, South Carolina